IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LEE,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., et al.,<br><br>    Defendants<br>                                              / | No. 08-5656 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUPPLEMENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; CONTINUING CASE MANAGEMENT CONFERENCE** |

     On January 7, 2009, at which time the above-titled matter was pending before Magistrate Judge Edward M. Chen, plaintiff filed a Motion for Leave to File Amended Complaint, noticed for hearing February 4, 2009. In the proposed First Amended Complaint ("proposed FAC"), attached as an exhibit to the motion, plaintiff sought to (1) delete the existing statutory claims alleged against defendant Capital One Bank (USA), N.A. ("Capital One") and add a claim for "tortious breach of contract" against Capital One, (2) add additional facts in support of his existing statutory claims against defendant NCO Financial Systems, Inc., and (3) add NCO Portfolio Management as a defendant. Thereafter, on January 9, 2009, the instant action was reassigned to the undersigned, and the February 4, 2009 hearing was vacated in light of the reassignment. (See Reassignment Order.)

On January 21, 2009, plaintiff filed a "Notice of Dismissal Without Prejudice," by which plaintiff voluntarily dismissed the instant action without prejudice as to Capital One only.  Thereafter, on January 24, 2009, plaintiff filed a "Re-Notice of Motion for Leave to File Amended Complaint," in which plaintiff, in addition to noticing said motion for a March 6, 2009 hearing, states the motion is based on his previously-filed "supporting documents," including the proposed FAC discussed above.

In light of plaintiff's having voluntarily dismissed Capital One from the instant action, the proposed FAC would not be properly filed, because it includes a new claim against Capital One, unless plaintiff intends to reinstitute the instant action as against Capital One.

Accordingly, the Court hereby directs plaintiff to file, no later than February 13, 2009, either (a) a supplement to his Motion for Leave to File a First Amended Complaint, specifically, a statement indicating he is seeking to reinstitute the instant action against Capital One, or, alternatively, (b) a revised proposed FAC in which plaintiff no longer alleges a new claim against Capital One.

The hearing on plaintiff's motion is hereby CONTINUED from March 6, 2009 to March 20, 2009, and the Case Management Conference is hereby CONTINUED from March 27, 2009 to May 8, 2009.

**IT IS SO ORDERED.**

Dated:  January 30, 2009

_____
MAXINE M. CHESNEY
United States District Judge

2