IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LEE,<br><br>    Plaintiff,<br>  v.<br><br>CAPITAL ONE BANK (USA), N.A., et al.,<br><br>    Defendants<br>_____/ | No. 08-5656 MMC<br><br>**JUDGMENT** |

    In accordance with the offer of defendants NCO Financial Systems, Inc. and NCO Portfolio Management, Inc. to allow judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the acceptance thereof by plaintiff Stephen Lee, said documents filed May 1, 2009, it is hereby ORDERED, ADJUDGED and DECREED as follows:

    1. Plaintiff Stephen Lee shall have judgment against defendants NCO Financial Systems, Inc. and NCO Portfolio Management, Inc. in the amount of two thousand dollars ($2000) as statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., and the Rosenthal Act, Cal. Civ. Code § 1788 et seq.

    2. Plaintiff Stephen Lee shall have further judgment against defendants NCO Financial Systems, Inc. and NCO Portfolio Management, Inc. in the amount of five hundred dollars ($500) as actual damages.

3. Plaintiff Stephen Lee is entitled to reasonable costs and attorney's fees now accrued in connection with the above-captioned civil action against defendants NCO Financial Systems, Inc. and NCO Portfolio Management, Inc., and said costs and fees shall be added to the instant judgment as against defendants NCO Financial Systems, Inc. and NCO Portfolio Management, Inc. in the amount agreed to between the parties or, if the parties are unable to agree, in the amount to be determined by the Court upon motion by plaintiff Stephen Lee.

4. This judgment is in total settlement of any and all claims by plaintiff Stephen Lee against defendants NCO Financial Systems, Inc. and NCO Portfolio Management, Inc., and said settlement shall have no effect whatsoever, except in settlement of those claims.

5. This judgment is not to be construed either as an admission that defendants NCO Financial Systems, Inc. and NCO Portfolio Management, Inc. are liable in this action, or that plaintiff Stephen Lee has suffered any damage, or that defendants NCO Financial Systems, Inc. and NCO Portfolio Management, Inc. caused any damage.

**IT IS SO ORDERED.**

Dated: May 6, 2009

MAXINE M. CHESNEY
United States District Judge